UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) No. 3:12-00165<br>) CHIEF JUDGE HAYNES<br>) |
| ERIC R. ALEXANDER | ) |

### AGREED MOTION TO SET SUPPRESSION HEARING

Defendant Eric Alexander respectfully asks this Court to set this case for a hearing on Alexander's pending suppression motion. The parties are both available at:

1. 10:00 a.m., on Wednesday, November 14, 2012;

2. 10:00 a.m., on Thursday, November 15, 2012; or

3. 10:00 a.m., on Friday, November 16, 2012.

With the agreement of counsel for the government, Alexander requests that the Court set the hearing for one of those dates, or for another date convenient to the Court.

Respectfully submitted,

s/ Michael C. Holley
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Eric Alexander