IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 3:12-00165 |
| ) | Chief Judge Haynes |
| ERIC ALEXANDER, ) | |
| Defendant. ) | |

## O R D E R

For the reasons stated in open court, Defendant's motion (Docket Entry No. 27) is **DENIED**.

The Court further finds and concludes that given the permanent alteration of the Defendant's vehicle, the Defendant's staleness contention lacks merit.

It is so **ORDERED**.

ENTERED this the 20th day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court