IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | Case No. 3:12-00165-01 |
| ) | Chief Judge Haynes |
| ERIC R. ALEXANDER, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is Defendant's motion for partial disclosure of grand jury materials (Docket Entry No. 50). For the reasons stated and authorities cited in the Government's response (Docket Entry No. 53), this motion is **DENIED**.

It is so **ORDERED**.

ENTERED this the ___ day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court