IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:12-cr-00165 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| ERIC RONNELL ALEXANDER, | ) | |
| JONATHAN LANDON SMITH, and | ) | |
| CANDICE RUTH WHITE | ) | |

## ORDER

The plea hearing set in this action for Monday, July 20, 2015 is hereby reset for **Monday, July 27, 2015 at 2:30 p.m.**, in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

**ENTERED** this the 25th day of June, 2015.

_____
WILLIAM J. HAYNES, JR.
Senior United States District Judge